UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA  :
:
    - v. -                :
:                         **UNSEALING ORDER**
KIRILL CHUMENKO,          :
:                         S4 21 Cr. 602 (LAP)
        Defendant.        :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Sarah Mortazavi;

It is found that (1) Information S4 21 Cr. 602 (the "Information") and the related charging paperwork and (2) the transcript of the defendant's October 18, 2022 waiver of indictment and guilty plea, are currently sealed and subject to temporarily delayed docketing; and that the United States Attorney's Office has applied to have the Information and the guilty plea transcript unsealed for all purposes;

IT IS THEREFORE ORDERED that the Information and the guilty plea transcript be unsealed for all purposes; and

IT IS FURTHER ORDERED that all related docket entries be posted on the public docket.

DATED:    New York, New York
          October 18, 2023

                                    _____
                                    HONORABLE LORETTA A. PRESKA
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK