UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
UNITED STATES OF AMERICA            :
                                    :
            -v-                     :   **SEALED ORDER**
                                    :
KIRILL CHUMENKO,                    :   S2 21 Cr. 602 (LAP)
                                    :
            Defendant.              :
------------------------------------- X

       WHEREAS an application has been made by the United States of America, with the defendant's consent, for the temporary sealing of filings and other docket entries in the above-captioned case, and

       WHEREAS, the Court finds that the defendant and others may be placed at risk if the Government's application is not granted;

       IT IS HEREBY ORDERED that filings and other docket entries in the above-captioned case be filed under seal, until further order by this Court;

       IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further Order by this Court;

       IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the Information and transcript of proceedings in this matter without further Order by the Court;

IT IS FURTHER ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

Dated: New York, New York
      October 14, 2022

 

_____
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
PART I