

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2022

**BY EMAIL**
**REQUEST TO BE FILED UNDER SEAL**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Kirill Chumenko</u>, S2 21 Cr. 602 (LAP)

Dear Judge Preska:

      The Government submits this letter to respectfully request that the Court accept the guilty plea of the above-captioned defendant. The defendant pleaded guilty in a proceeding before United States Magistrate Judge Sarah Netburn on October 18, 2022. A copy of the transcript of that proceeding is attached hereto as Exhibit A. Because the Information and all filings in this case remain under seal, the Government respectfully requests that this letter be maintained under seal.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: <u>s/ Gina Castellano</u>
Assistant United States Attorney
(212) 637-2224

cc: Counsel to Kirill Chumenko (by email)

```
The plea is accepted.

SO ORDERED.
```

*Loretta A. Preska*
11/23/2022