**Law Office of Evan L. Lipton**
**260 Madison Avenue, Floor 22**
**New York, New York 10016**
**(917) 924-9800**
ell@evanliptonlaw.com

October 18, 2024

By ECF
Hon. Loretta A. Preska
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Kirill Chumenko*,
021 Cr. 602 (LAP)

Dear Judge Preska:

    I write jointly on behalf of my client, Kirill Chumenko, and co-defendant Frank Barone to respectfully request that the sentencing proceedings scheduled for November 7, 2024, be adjourned until December 4, 2024, to provide sufficient time for the parties to complete their submissions.

    I have conferred with government counsel who consents to this application.

Respectfully yours,

Evan L. Lipton
*Attorney for Kirill Chumenko*

Cc: All counsel (by ECF)

```
The Court grants this third and final adjournment of
sentencing in the above matters.  The sentencing of Frank
Barone will take place on December 4, 2024 at 10:30 a.m.,
and the sentencing of Kirill Chumenko will take place on
December 4, 2024 at 11:30 a.m.

The Clerk of the Court is directed to close dkt. no. 265.

SO ORDERED.

Date: 10/18/24                    _____
                                  LORETTA A. PRESKA, U.S.D.J.
```