**Law Office of Evan L. Lipton**
**260 Madison Avenue, Floor 22**
**New York, New York 10016**
**(917) 924-9800**
**ell@evanliptonlaw.com**

December 12, 2024

By ECF
Hon. Loretta A. Preska
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

          Re:    *United States v. Kirill Chumenko*,
                    021 Cr. 602 (LAP)

Dear Judge Preska:

      I write on behalf of defendant Kirill Chumenko in the above-referenced matter to respectfully request that the Court exonerate Mr. Chumenko's bond and order Pretrial Services to release his passport.

      The government takes no position on this request.

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
12/16/24

Respectfully yours,

/s/ Evan L. Lipton
Evan L. Lipton
*Attorney for Kirill Chumenko*

Cc:    All counsel (by ECF)