UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

KIRILL CHUMENKO

~~Proposed~~
Order of Restitution

S2 21 Cr. 602 (LAP)

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Adam S. Hobson and Sarah Mortazavi, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Counts One through Four of the Superseding Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

KIRILL CHUMENKO, the defendant, shall pay restitution in the total amount of $4,703,915.26, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the victims of the offenses charged in Counts One through Four. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court. Pursuant to 18 U.S.C. § 3612(f)(3), the defendant is not required to pay the interest accrued on the outstanding restitution amount listed herein.

   A. **Joint and Several Liability**

Restitution is joint and several with the following defendants in this action, 21 Cr. 602 (LAP): IGOR PALATNIK, FRANK BARONE, and VITALY FARGESEN. The defendant's



Pursuant to 28 U.S.C. § 2044 and 18 U.S.C. § 3611, the Court shall order any money belonging to and deposited by the defendant with the Clerk of Court for the purposes of a criminal appearance bail bond to be applied to the payment of restitution.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

2023.2.16                               3



to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
AUSA Adam S. Hobson
AUSA Sarah Mortazavi

_____
DATE

KIRILL CHUMENKO

By: _____
Kirill Chumenko

8/7/25
DATE

By: _____
Evan Lipton

8/7/25
DATE

SO ORDERED:

*Loretta A. Preska*
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

8/25/25
DATE

2023.2.16                        5



to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____/s/ Adam S. Hobson_____     08/14/2025
AUSA Adam S. Hobson                    DATE
AUSA Sarah Mortazavi

KIRILL CHUMENKO

By: _____         _____
Kirill Chumenko                        DATE


By: _____         _____
Evan Lipton                            DATE




SO ORDERED:

_____   _____
HONORABLE LORETTA A. PRESKA            DATE
UNITED STATES DISTRICT JUDGE